**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| JOSHUA LAMAR HELTON, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No. 5:26-cv-11-MTT-AGH |
| | : | |
| Warden MARK AGBAOSI, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

## I. Order for Default Against Defendants Ray and Spradley

The United States Marshal Service personally served Defendant Ray on August 18, 2026, and Defendant Spradley on August 25, 2026. USM285 Process Receipt and Return, ECF Nos. 12-2, 14. However, Defendants Ray and Spradley failed to file an answer or other dispositive motion within twenty-one days after being served with the summons and complaint, as required under Federal Rule of Civil Procedure 12(a)(1)(A)(i).

Thus, the Clerk of Court is **ORDERED** to enter default against Defendants Ray and Spradley. The Clerk is also **DIRECTED** to serve a copy of this Order upon these defendants by U.S. Mail delivered to the available address of service, as well as the Sheriff of the Dooly State Prison, located in Unadilla, Georgia. Plaintiff is **ADVISED** that after Defendants' defaults are entered on the record, Plaintiff may file a motion for the entry of default judgment against Defendants Ray and Spradley pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

## II. Order Directing Service on Mr. L

On August 27, 2026, after being unable to obtain service on Defendant Lambert, the Court directed Plaintiff to respond with any information he may have regarding the identity of Defendant Lambert (ECF No. 15). On September 2, 2026, Plaintiff filed a response in which he refers to this Defendant as "Mr. L" or "Gossman." Pl. Resp., ECF No. 20. Plaintiff describes Mr. L as a "black male approx[.] 6'3["] 250 lbs." *Id.* He further explains that Mr. L/Gossman "worked control and D-building night shift at Dooly State Prison" and that "Mrs. Fudge L.T. was the night shift supervisor." *Id.* Plaintiff was told that Mr. L/Gossman resigned from Dooly State Prison but later returned. *Id.*

Given this new information regarding this Defendant's identity, the Clerk is **DIRECTED** to initiate service according to the Court's standard *in forma pauperis* service procedure on a person meeting the above description that is or has been employed at Dooly State Prison, located at 1412 Plunket Rd, Unadilla, GA 31091.

## III. Order Staying Discovery

To ensure that all parties are served and on a similar schedule, and to conserve judicial resources, discovery is stayed pending service of Mr. L/Gossman. Discovery shall not proceed until further order from the Court.

**SO ORDERED**, this 17th day of September, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE