**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| JOSHUA LAMAR HELTON, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 5:26-cv-11-MTT-AGH |
| Warden MARK AGBAOSI, *et al.*, | : | |
| Defendants. | : | |

## ORDER

On October 26, 2026, the Court received a letter from Plaintiff in which he explains that delays in mail delivery have prevented him from ensuring that his filings are timely. Letter 1-2, ECF No. 34. Further, in this letter, Plaintiff specifically asks the Court to (1) "accept or consider any out-of-time filing[,]" (2) "grant additional time . . . to file the requested motion(s)[,]" and (3) "otherwise provide relief so that [he] is not prejudiced by circumstances beyond [his] control relating to delayed legal mail." *Id.* The Court thus construes this letter as a motion for extension of time.

The only pending motion to which Plaintiff may be currently requesting an extension of time to respond is Defendant Ray and Spradley's motion to dismiss (ECF No. 31). Given Plaintiff's letter, it is unclear if Plaintiff has received notice of the motion to dismiss or his ability to file a response. The Court thus **GRANTS in part** Plaintiff's motion, and grants Plaintiff additional time to respond to the motion to

dismiss. Plaintiff shall have thirty (30) days from today to file his response to the motion as outlined in the Court's prior notice (ECF No. 33).

However, to the extent that Plaintiff moves the Court to accept all future untimely filings as timely given the mail delays, the Court **DENIES** Plaintiff's motion. Plaintiff may request extensions of time from the Court when necessary. Finally, to the extent that Plaintiff requests an extension of time to file a default judgment against Defendants Ray and Spradley, that request is **DENIED as moot** because Defendants Ray and Spradley showed good cause as to why default should be set aside. Order, Oct. 7, 2026, ECF No. 27.

**SO ORDERED**, this 30th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE